### 17904.  GUNTER *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the amendment to the motion for a new trial failed to show reversible error.

DECIDED APRIL 12, 1927. REHEARING DENIED MAY 12, 1927.

Criminal Law, 17 C. J. p. 252, n. 16.

Making intoxicating liquor; from Lincoln superior court—Judge Perryman.   December 16, 1926.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.